**Dismissed and Memorandum Opinion filed September 17, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00159-CV

## CALCON MUTUAL MORTGAGE, LLC D/B/A ONETRUST HOME LOANS, Appellant

### V.

## MATTHEW HECKEL AND PAULA PROSSER, Appellees

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1117129**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 4, 2019. The clerk's record was filed March 20, 2019. The reporter's record was filed May 16, 2019. No brief was filed.

On August 13, 2019, this court issued an order stating that unless appellant filed a brief on or before September 4, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we order the appeal dismissed.

PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.